NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LONGHORN HD LLC.,**
*Appellant*

**v.**

**UNIFIED PATENTS, LLC,**
*Appellee*

---

2022-1361

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00879.

---

## JUDGMENT

---

ENRIQUE WILLIAM ITURRALDE, Fabricant LLP, Rye, NY, argued for appellant. Also represented by ALFRED ROSS FABRICANT, PETER LAMBRIANAKOS, VINCENT J. RUBINO, III.

MEGAN M. INES, Allen & Overy LLP, Washington, DC, argued for appellee. Also represented by SHAMITA ETIENNE-CUMMINGS, WILLIAM G. JAMES, II, DAVID M. TENNANT; ROSHAN MANSINGHANI, JORDAN MICHAEL ROSSEN, Unified Patents, LLC, Chevy Chase, MD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, BRYSON, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 10, 2023          /s/ Peter R. Marksteiner
Date                    Peter R. Marksteiner
                        Clerk of Court